UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MICHAEL D. LOFINO,

    Plaintiff,

vs.

BARBARA GIGANTE,

    Defendant.

Case No. 3:19-cv-73

District Judge Thomas M. Rose
Magistrate Judge Michael J. Newman

## TRANSFER ORDER

The above-captioned matter is hereby transferred from the docket of Magistrate Judge Michael J. Newman to the docket of Magistrate Judge Sharon L. Ovington.

**IT IS SO ORDERED.**

Date: 10/8/19

_____
Michael J. Newman
United States Magistrate Judge

Date: 10-8-19

_____
Sharon L. Ovington
United States Magistrate Judge